ACCEPTED
15-25-00010-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 3:14 PM
CHRISTOPHER A. PRINE
CLERK

| | |
|---|---|
| **Appellate Docket Number:** 15-25-00010-CV | |
| **Appellate Case Style:** Texas Health and Human Services Commission | |
| **Vs.** Shanressa Craddock | |
| **Companion Case(s):** | |

Amended/Corrected Statement ☐

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/13/2025 3:14:52 PM
CHRISTOPHER A. PRINE
Clerk

# DOCKETING STATEMENT (Civil)

Appellate Court:   Select

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

## I. Appellant

☐ Person  ☒ Organization

Name: Texas Health and Human Services Commission

☐ Pro Se

*If Pro Se Party, enter the following information:*

Address:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

## II. Appellant Attorney(s)

☒ Lead Attorney          Retained Attorney

Name: Jennifer Cook

Bar No. 00789233

Firm/Agency: Office of the Attorney General

Address 1: P.O.Box 12548

Address 2: Capital Station

City/State/Zip: Austin, TX 78711

Tel. (512) 475-4098   Ext.      Fax: (512) 320-0667

Email: jennifer.cook@oag.texas.gov

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

## II. Appellant Attorney(s) - Continued

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

☐ Lead Attorney          Select

Name:

Bar No.

Firm/Agency:

Address 1:

Address 2:

City/State/Zip:

Tel.          Ext.          Fax:

Email:

| III.  Appellee | IV.  Appellee Attorney(s) - Continued |
|---|---|
| ☒Person  ☐Organization | ☐ Lead Attorney                    Select |
| Name:  Shanressa Craddock | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm/Agency: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.              Ext.          Fax: | City/State/Zip: |
| Email: | Tel.                    Ext.            Fax: |
| | Email: |

| IV.  Appellee Attorney(s) | |
|---|---|
| ☐ Lead Attorney          Retained Attorney | ☐Lead Attorney                    Select |
| Name:  Elizabeth E. Ewing | Name: |
| Bar No. 24092396 | Bar No. |
| Firm/Agency: Lone Star Legal Aid | Firm/Agency: |
| Address 1: 164 6th Street SE | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Paris, TX 75460 | City/State/Zip: |
| Tel. (903) 785-8711     Ext.          Fax: (903) 785-5990 | Tel.                    Ext.            Fax: |
| Email: eewing@lonestarlegal.org | Email: |

| | |
|---|---|
| ☐ Lead Attorney          Select | ☐ Lead Attorney                    Select |
| Name:  David Beyleryan | Name: |
| Bar No.  24087164 | Bar No. |
| Firm/Agency: Lone Star Legal Aid | Firm/Agency: |
| Address 1: 164 6th Street SE | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Paris, TX 75460 | City/State/Zip: |
| Tel. (903) 785-8711     Ext.          Fax: (903) 785-5990 | Tel.                    Ext.            Fax: |
| Email: dbeyleryan@lonsestarlegal.org | Email: |

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case):  Administrative Appeal

Date Order or Judgment signed:                Type of Judgment: Bench Trial

Date Notice of Appeal filed in Trial Court: 01/30/2025

     If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:    ☐ Yes   ☒ No

    If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):

---

Accelerated Appeal (See TRAP 28):    ☐ Yes   ☒ No

    If yes, please specify statutory or other basis on which appeal is accelerated:

---

Parental Termination or Child Protection? (See TRAP 28.4):   ☐ Yes   ☒ No

Permissive? (See TRAP 28.3):   ☐ Yes   ☒ No

    If yes, please specify statutory or other basis for such status:

---

Agreed? (See TRAP 28.2):   ☐ Yes   ☒ No

    If yes, please specify statutory or other basis for such status:

---

Appeal should receive precedence, preference, or priority under statute or rule?   ☐ Yes   ☒ No

    If yes, please specify statutory or other basis for such status:

---

| | | |
|---|---|---|
| Does this case involve an amount under $100,000? | ☒ Yes | ☐ No |
| Judgment or Order disposes of all parties and issues? | ☒ Yes | ☐ No |
| Appeal from final judgment? | ☒ Yes | ☐ No |

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?   ☐ Yes   ☒ No

If yes, you must also complete and file the Challenge to Constitutionality of a State Statute form.

    If yes, is the Attorney General of Texas a party to the case?   ☐ Yes   ☐ No

## VI. Actions Extending Time to Perfect Appeal

| | | | |
|---|---|---|---|
| Motion for New Trial: | ☐ Yes | ☒ No | If yes, date filed: |
| Motion to Modify Judgment: | ☐ Yes | ☒ No | If yes, date filed: |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes | ☒ No | If yes, date filed: |
| Motion to Reinstate: | ☐ Yes | ☒ No | If yes, date filed: |
| Motion under TRCP 306a: | ☐ Yes | ☒ No | If yes, date filed: |
| Other: | ☐ Yes | ☒ No | |

    If Other, please specify:

## VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.)

Was Statement of Inability to Pay Court Costs filed in the trial court?    ☐ Yes  ☒ No

   If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court?    ☐ Yes  ☒ No

   If yes, date filed:

Was there any hearing on appellant's ability to afford court costs?    ☐ Yes  ☒ No

   Hearing Date:

Did trial court sign an order under Texas Rule of Civil Procedure 145?    ☐ Yes  ☒ No

   Date of Order:

   If yes, trial court finding:  ☐ Challenge Sustained  ☐ Overruled

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

   ☐ Yes  ☒ No

   If yes, please attach a copy of the petition.

   Date bankruptcy filed:

   Bankruptcy Case Number:

## IX. Trial Court and Record

| | |
|---|---|
| Court: 250th District Court | **Clerk's Record** |
| County: Travis | Trial Court Clerk: ☑ District  ☐ County |
| Trial Court Docket No. (Cause No.):<br>D-1-GN-22-007315 | Was Clerk's record requested?  ☑ Yes  ☑ No |
| Trial Court Judge (who tried or disposed of the case): |   If yes, date requested: |
|   Name: Madeline Connor |   If no, date it will be requested: 02/13/2025 |
|   Address 1:  1700 Guadalupe, 9th Floor | Were payment arrangements made with clerk? |
|   Address 2: |   ☐ Yes  ☐ No  ☐ Indigent |
|   City/State/Zip:  Austin, TX 78701 | **(Note: No request required under TRAP 34.5(a),(b).)** |
|   Tel. (512) 854-9312  Ext.  Fax: (512) 854-2469 | |
|   Email: 250.Submission@traviscountytx.gov | |

## IX. Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?　☒ Yes　☐ No

Was Reporter's Record requested?　☒ Yes　☒ No

    If yes, date requested:

    If no, date it will be requested: 02/13/2025

Was the Reporter's Record electronically recorded?　☒ Yes　☐ No

Were payment arrangements made with the court reporter/court recorder?　☐ Yes　☐ No　☐ Indigent

| | |
|---|---|
| ☒ Court Reporter　☐ Court Recorder<br>☐ Official　☐ Substitute<br>Name: Jill Albracht<br>Address 1: Travis County District Courthouse<br>Address 2: 1700 Guadalupe, 10th Floor<br>City/State/Zip: Austin, TX 78701<br>Tel. (512) 854-9356 Ext.　　Fax:<br>Email: jill.albracht@traviscountytx.gov | ☐ Court Reporter　☒ Court Recorder<br>☐ Official　☐ Substitute<br>Name: Velva. L. Price<br>Address 1: P.O. Box 679003<br>Address 2:<br>City/State/Zip: Austin, TX 78767<br>Tel. (512) 854-9457 Ext.　　Fax:<br>Email: districtclerkhelp@traviscountytx.gov |

## X. Supersedeas Bond

Supersedeas bond filed?　☐ Yes　☒ No

    If yes, date filed:

    If no, will file?　☐ Yes　☒ No

## XI. Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court?　☐ Yes　☒ No

    If yes, briefly state the basis for your request:

## XIII.  Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

| | |
|---|---|
| Court: Select Appellate Court | Docket: |
| Style: | |
| Vs. | |

| | |
|---|---|
| Court: Select Appellate Court | Docket: |
| Style: | |
| Vs. | |

| | |
|---|---|
| Court: Select Appellate Court | Docket: |
| Style: | |
| Vs. | |

| | |
|---|---|
| Court: Select Appellate Court | Docket: |
| Style: | |
| Vs. | |

| | |
|---|---|
| Court: Select Appellate Court | Docket: |
| Style: | |
| Vs. | |

| | |
|---|---|
| Court: Select Appellate Court | Docket: |
| Style: | |
| Vs. | |

## XV. Fifteenth Court of Appeals Jurisdiction

Effective 9/1/24, certain cases filed with this court must be transferred to the new Fifteenth Court of Appeals (See SB 1045, 88th Legislature, Regular Session). To assist the court in the orderly transfer or cases, please complete the following information.

Does this appeal involve a matter brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education as defined by Section 61.003, Education Code, or by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer 's or employee 's official conduct?  ☒Yes  ☐No

If the answer is yes, does this appeal involve:
- ☐ a proceeding brought under the Family Code and any related motion or proceeding;
- ☐ a proceeding brought under Chapter 7B or Article 17.292, Code of Criminal Procedure;
- ☐ a proceeding brought against a district attorney, a criminal district attorney, or a county attorney with criminal jurisdiction;
- ☐ a proceeding relating to a mental health commitment;
- ☐ a proceeding relating to civil asset forfeiture;
- ☐ a condemnation proceeding for the acquisition of land or a proceeding related to eminent domain;
- ☐ a proceeding brought under Chapter 101, Civil Practice and Remedies Code;
- ☐ a claim of personal injury or wrongful death;
- ☐ a proceeding brought under Chapter 125, Civil Practice and Remedies Code, to enjoin a common nuisance;
- ☐ a proceeding brought under Chapter 55, Code of Criminal Procedure;
- ☐ a proceeding under Chapter 22A, Government Code;
- ☐ a proceeding brought under Subchapter E-1, Chapter 411, Government Code;
- ☐ a removal action under Chapter 87, Local Government Code;
- ☐ a proceeding brought under Chapter 841, Health and Safety Code;

## XVI. Signature

|  | 02/13/2025 |
|---|---|
| Signature of counsel (or Pro Se Party) | Date |
| Jennifer Cook | 00789233 |
| Printed Name | State Bar No. |
| /s/ Jennifer Cook |  |
| Electronic Signature (Optional) | Name |

## XVII. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

/s/ Jennifer Cook

| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
|---|---|
| 00789233 |  |
| State Bar No. |  |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

   (1) the date and manner of service;
   (2) the name and address of each person served, and
   (3) if the person served is a party's attorney, the name of the party represented by the attorney.

| **Please enter the following for each person served:** | |
|---|---|
| Date Served: 02/13/2025 | Date Served: |
| Manner Served: eServe | Manner Served: Select |
| Name: Elizabeth E. Ewing | Name: |
| Bar No. | Bar No. |
| Firm/Agency: Lone Star Legal Aid | Firm/Agency: |
| Address 1: 164 6th Steet SE | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Paris, TX 75460 | City/State/Zip: |
| Tel. (903) 785-8711   Ext.   Fax: (903) 785-5990 | Tel.   Ext.   Fax: |
| Email: eewing@lonestarlegal.org | Email: |
| Party: Appeallee | Party: |
| Date Served: 02/13/2025 | Date Served: |
| Manner Served: eServe | Manner Served: Select |
| Name: David Beyleryan | Name: |
| Bar No. | Bar No. |
| Firm/Agency: Lone Star Legal Aid | Firm/Agency: |
| Address 1: 164 6th Street SE | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: Paris, TX 75460 | City/State/Zip: |
| Tel. (903) 785-8711   Ext.   Fax: (903) 785-5990 | Tel.   Ext.   Fax: |
| Email: dbeyleryan@lonestarlegal.org | Email: |
| Party: Appeallee | Party: |
| Date Served: 02/13/2025 | |
| Manner Served: eServe | |
| Name: Jennifer Cook | |
| Bar No. 00789233 | |
| Firm/Agency: Office of the Attorney General | |
| Address 1: P.O. Box 12548/ Mail Stop 019-1 | |
| Address 2: | |
| City/State/Zip: Austin, TX 78711 | |
| Tel. (512) 475-4098   Ext.   Fax: (512) 302-0667 | |
| Email: jennifer.cook@oag.texas.gov | |
| Party: Appelant | |

**Please enter the following for each person served that is not an attorney for a party:**

| | |
|---|---|
| Date Served: 02/13/2025<br>Manner Served: eServe<br>Name: Victoria Gomez<br>Address 1: P.O. Box 12548/ Mail Stop 019-1<br>Address 2:<br>City/State/Zip: Austin, TX 78711<br>Tel. (512) 475-4104 Ext.<br>Fax:<br>Email: victoria.gomez@oag.texas.gov | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel. Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel. Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel. Ext.<br>Fax:<br>Email: |
| Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel. Ext.<br>Fax:<br>Email: | Date Served:<br>Manner Served: Select<br>Name:<br>Address 1:<br>Address 2:<br>City/State/Zip:<br>Tel. Ext.<br>Fax:<br>Email: |

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Jennifer Cook
Bar No. 789233
victoria.gomez@oag.texas.gov
Envelope ID: 97359503
Filing Code Description: Docketing Statement
Filing Description: 20250213 Docketing Statement
Status as of 2/13/2025 4:24 PM CST

Associated Case Party: Shanressa Craddock

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David Beyleryan | | dbeyleryan@lonestarlegal.org | 2/13/2025 3:14:52 PM | SENT |
| Elizabeth Ewing | | eewing@lonestarlegal.org | 2/13/2025 3:14:52 PM | SENT |

Associated Case Party: Texas Health an Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Cook | | Jennifer.Cook@oag.texas.gov | 2/13/2025 3:14:52 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 2/13/2025 3:14:52 PM | SENT |